No. 86–6767. IN RE CALDWELL. Petition for writ of mandamus denied.

No. 86–6783. IN RE PHILLIPS. Petition for writ of prohibition denied.

No. 86–935. REGENTS OF THE UNIVERSITY OF CALIFORNIA v. PUBLIC EMPLOYMENT RELATIONS BOARD ET AL. Appeal from Ct. App. Cal., 1st App. Dist. Probable jurisdiction noted. ▮

No. 86–1172. GOODYEAR ATOMIC CORP. v. MILLER ET AL. Appeal from Sup. Ct. Ohio. Probable jurisdiction noted. ▮

No. 86–1387. MACKEY ET AL. v. LANIER COLLECTION AGENCY & SERVICE, INC. Sup. Ct. Ga. Certiorari granted. ▮

No. 86–1431. LOEFFLER v. TISCH, POSTMASTER GENERAL OF THE UNITED STATES. C. A. 8th Cir. Certiorari granted. ▮

No. 86–958. NORWEST BANK WORTHINGTON ET AL. v. AHLERS ET UX. C. A. 8th Cir. Motion of American Bankers Association for leave to file a brief as *amicus curiae* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 86–6139. WATSON v. FORT WORTH BANK & TRUST. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.